NUMBER 13-06-00497-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________ _


THE LAMAR CORPORATION 

D/B/A LAMAR ADVERTISING CORP., Appellant,


v.



LANITA JOWERS, INDIVIDUALLY, ET AL., Appellees.

_______________________________________________________


On appeal from the 107th District Court


of Cameron County, Texas.


_______________________________________________________


MEMORANDUM OPINION


 

Before Chief Justice Valdez and Justices Yañez and Vela


Memorandum Opinion Per Curiam


 Appellant, THE LAMAR CORPORATION D/B/A LAMAR ADVERTISING CORP.,
perfected an appeal from orders entered by the 107th District Court of Cameron County,
Texas, in cause numbers 2005-11-5517-A and 2006-09-4422-A. After the record and
briefs were filed and after the cause was submitted to the Court, the parties filed a joint
motion to dismiss the appeal. 

 In the motion, the parties state that they have reached an agreement to settle and
compromise their differences in the original lawsuit and the severed lawsuit. The parties'
settlement disposes of all claims and issues in this appeal. The parties request that this
Court dismiss the appeal in accordance with said settlement with attorney's fees and costs
of the appeal to be taxed against the party incurring same.

 The Court, having considered the documents on file and the joint motion to dismiss
the appeal, is of the opinion that the motion should be granted. The joint motion to dismiss
is granted, and the appeal is hereby DISMISSED.


 PER CURIAM


Memorandum Opinion delivered 

and filed this the 10th day of April, 2008.